UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-60924-CIV-JORDAN

| | |
|---|---|
| LINDA C. REINFELD,<br>　　　　Plaintiff<br>vs.<br>WEST ASSET MANAGEMENT, INC.,<br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE**

In light of the notice of voluntary dismissal [D.E. 3], this action against West Asset Management, Inc., is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

Any and all pending motions are DENIED AS MOOT. This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 5th day of October, 2009.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record